FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
MAY 11 2005
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05 CR 81 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WAYNE EVAN KOOISTRA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court on the Defendant's Motion to Modify Conditions of Release. On March 9th, 2005 the Defendant's Order Setting Conditions of his Release required him to remain in the United States of America. On March 16th, 2005, after hearing, this Court orally modified the Defendant's Order Setting Conditions of Release and allowed the Defendant to return to his residency in Elmo Ontario, Canada. This Court, on March 16th, 2005, orally allowed the Defendant to travel between the United States of America and Canada for lawful purposes including business, court appearances and conferences with counsel.

For good cause shown and there being no objection, the Defendant's Motion to Modify Conditions of Release is granted as follows:

The Defendant, WAYNE EVAN KOOISTRA'S Order Setting Conditions of Release is modified to allow him to return to his

residency in Elmo Ontario, Canada and to travel between the United States of America and Canada for lawful purposes including business, court appearances and conferences with counsel.

DATED this 17th day of May, 2005.

BY THE COURT:

_____
THOMAS D. THALKEN
United States Magistrate

Prepared and Submitted by:

RICHARD J. EPSTEIN, #11202
9290 West Dodge Road, Suite 205
Omaha, Nebraska   68114
(402) 397-6111

Attorney for Defendant