IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR81** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **WAYNE EVAN KOOISTRA** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant's motion to dismiss criminal case for pre-indictment delay (Filing No. 35) is scheduled for hearing before the undersigned magistrate judge at **3:00 p.m. on March 20, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this _____ day of March, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge