IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR81** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **WAYNE EVAN KOOISTRA,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion to continue by defendant Wayne Evan Kooistra (Kooistra) (Filing No. 55). Kooistra seeks a continuance of the trial of this matter scheduled for August 7, 2006. Kooistra's counsel represents that counsel for the government has no objection to the motion. Kooistra's counsel represents that Kooistra consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. For good cause shown and upon consideration, the motion will be granted.

    **IT IS ORDERED:**

    1.    Kooistra's motion to continue trial (Filing No. 55) is granted.

    2.    Trial of this matter is re-scheduled for **October 30, 2006,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **July 17, 2006 and October 30, 2006,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

    DATED this 17th day of July, 2006.

                                                                   BY THE COURT:

                                                                   s/Thomas D. Thalken
                                                                United States Magistrate Judge